Maine State Prison
Raishawn W. Key
807 Cushing Road
Warren, ME 04864-4600

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 JAN -5 P 2:59

BY_____
DEPUTY CLERK

Clerk of Court
United States District Court
District of Maine
202 Harlow Street
Bangor, ME 04407

This correspondence is forwarded from The Maine State Prison. The contents have not been evaluated and The Maine State Prison is not responsible for the substance or contents of the enclosed communication.