June 18, 2017

RE: 1:17-CV-00007-JDL

Dear Clerk of Court,

I am filing this letter with your office to respectfully inform the Court that after a careful review of the initial production of Discovery materials provided to me by the defense, I do not feel confident in my ability to proceed in continuing with the suit at this time given my incarceration status.

It is apparent to me that without adequate resources which cannot be obtained from within the prison and without the assistance of counsel, I would be unable to effectively mount and execute a legal strategy that would benefit my claims in this case.

As such, I am respectfully requesting that the Court allow for me to withdraw my suit without prejudice so that if in the future, I find I am able to pursue this matter, I will not be barred from doing so.

I appreciate the Court's time, attention, and consideration of this request.

Respectfully Submitted,

*Raishawn Key*

Raishawn Key
Maine State Prison
807 Cushing Road
Warren, ME. 04864


CC: Defense Counsel for all listed Defendants