**Return After 5 Days to:**

Maine State Prison

Name Raishawn Key

MDOC # 176962

807 Cushing Road

Warren, Maine 04864-4600

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 JUN 30 P 2: 53

BY _____
DEPUTY CLERK

USMS



UNITED STATES POSTAGE
PITNEY BOWES
02 1M         $ 00.46⁰
0008001215    JUN 28 2017
MAILED FROM ZIP CODE 04864

US District Court
District of Maine
202 Harlow Street
Bangor, Maine 04401
Attn: Clerk of Court

This correspondence is forwarded from the Maine State Prison-Warren. The contents have **not** been evaluated and the Maine State Prison-Warren is **not** responsible for the substance or content of the enclosed communication.

0440184901 C036