

**Timothy E. Steigelman**
Admitted in ME, MA

207.253.0553 Direct
tsteigelman@dwmlaw.com

84 Marginal Way, Suite 600
Portland, ME 04101-2480
207.772.1941 Main
207.772.3627 Fax

June 9, 2017

Raishawn Key
Maine State Prison
807 Cushing Road
Warren, ME 04864

Re:   Raishawn Key v. City of Augusta, et al., Civil Docket No. 1:17-cv-00007-JDL

Dear Mr. Key:

Enclosed please find:

1. Defendants' Responses to Plaintiff's Request for Interrogatories;
2. Defendants' Responses to Plaintiff's Request for Admission; and
3. Defendants' Responses to Plaintiff's Request for Production (with document production 1-89).

Sincerely,

Timothy E. Steigelman

TES/abc

Enclosures