

**Timothy E. Steigelman**
Admitted in ME, MA

207.253.0553 Direct
tsteigelman@dwmlaw.com

84 Marginal Way, Suite 600
Portland, ME 04101-2480
207.772.1941 Main
207.772.3627 Fax

June 20, 2017

Raishawn Key
Maine State Prison
807 Cushing Road
Warren, ME 04864

Re:   Raishawn Key v. City of Augusta, et al., Civil Docket No. 1:17-cv-00007-JDL

Dear Mr. Key:

Enclosed please find the Voter Registration Manual (Defendants # 90-358) supplementing Defendants' previous response to Reqs. ## 3-6 of Defendants' Response to Plaintiff's Request for Production dated June 9, 2017.

Also enclosed as are additional documents (Defendants # 359-360) supplementing Defendants' previous response to Req. # 7 of Defendants' Response to Plaintiff's Request for Production of the same date.

These supplemental documents are now produced subject to and without waiving the objections previously propounded, and those objections are incorporated by reference as if fully set forth herein.

Sincerely,

Timothy E. Steigelman

TES/abc

Enclosures