| Code | Street Name | 1845 # | Ward | District | Owner |
|---|---|---|---|---|---|
| 474 | Myrtle Street | 38 | 4 | | C |
| 473 | Nadeaus Way | 5 | 3 | 95 | P |
| 479 | Nancy Lane | 16 | 1 | 96 | p |
| 475 | Nason Street | 23 | 1 | 95 | U |
| 477 | Nature Park Road | 4 | 4 | 94 | P |
| 476 | Nazarene Drive | 18 | 1 | 95 | C |
| 478 | Neighbor Lane | 11 | 2 | 96 | P |
| 480 | New Belgrade Road | 1,80,82 | 3 | 95 | S |
| 481 | New England Road | 57 | 2 | 96 | C |
| 484 | New Oakland Road | | 3 | 95 | C |
| 482 | Newland Avenue | 40,43,44 | 4 | 94 | C |
| 674 | Nitro Lane | 5 | 3 | 95 | P |
| 485 ~~489~~ NORMAND'S WAY | | 7 | | | P |
| 490 | North Belfast Avenue | 6,7,10,43,47 | 4 | 94 | C |
| 491 | North Belfast Road | 4,7,8,75 | 4 | 94 | |
| 483 NO WAY | | 7 | | | P |
| 492 | North Chestnut Street | 28 | 2 | 95 | C |
| 494 | North Pearl Street | 43 | 4 | 94 | C |
| 486 | North Street | 28 | 2 | 95 | C |
| 488 | North Street Place | 28 | 2 | 95 | C |
| 496 | Northern Avenue | 29,30,34,35,36,76,93 | 3 | 95 | C |
| 497 | Norway Circle | 58 | 2 | 96 | C |
| 495 | Noyes Court | 38 | | | U |
| 498 | Noyes Place | 38 | 2 | 96 | C |
| 487 | Noyes Street | 38 | 2 | 96 | C |
| 501 | Noyes Street Place | 38 | 2 | 96 | U |
| 499 | Oak Drive | 94,95 | 2 | 96 | P |
| 500 | Oak Street | 34 | 2 | 95 | C |
| 502 | Oakland Road now Leighton R | 1,5,79,80 | 3 | 95 | C |
| 504 | Oakwood Road | | | | C |
| 506 | Old Belgrade Road | 1,5,6,76,77,80 | 3 | 95 | C |
| 780 | Old Winthrop Road | 18,19,22,83, | 1 | 95 | C |
| 512 | Orchard Street | 21 | 1 | 96 | C |