# MAINE VOTER REGISTRATION APPLICATION

**Federally required questions:**

- Are you a citizen of the United States of America?  ☑ YES  ☐ NO
- Will you be 18 years of age on or before Election Day?  ☑ YES  ☐ NO

If you checked "no" in response to either of these questions, do not complete this form. You must be a U.S. citizen in order to vote.

**PARTY AFFILIATION**
This portion must be completed.
- ☑ Democratic
- ☐ Green Independent
- ☐ Libertarian
- ☐ Republican
- ☐ Unenrolled (no party choice)

| LAST NAME | FIRST NAME | MIDDLE NAME | DATE OF BIRTH |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | / /1990 |

**CURRENT RESIDENCE ADDRESS** (Physical address where you live)

| STREET NAME AND NUMBER, NOT A P.O. BOX | CITY, TOWN, PLANTATION OR TOWNSHIP |
|---|---|
| 807 Cushing Road | Warren ME 04864 / Augusta |

**CURRENT MAILING ADDRESS** (Complete if different from above address)

| STREET NAME AND NUMBER, OR P.O. BOX, etc. | CITY/TOWN | ZIP CODE |
|---|---|---|
| 807 Cushing Rd | Warren | 04864 |

Have you previously been registered to vote?  ☑ YES  ☐ NO
If the answer is "yes" provide address of previous registration below.

TELEPHONE (Optional)

| CITY/TOWN | COUNTY | STATE |
|---|---|---|
| [redacted] | [redacted] | N.J |

**COMPLETE BOTH SIDES OF THIS CARD – PLEASE PRINT**